■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GEORGE PRICE, Respondent. (Appeal No. 2.) [795 NYS2d 915]— Appeal from an order of the Wyoming County Court (Michael F. Griffith, J.), entered August 9, 2004. The order, insofar as appealed from, granted defendant's motion in part and reduced count one of the indictment to promoting prison contraband in the second degree.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Stanley* (19 AD3d 1152 [2005]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Hayes, JJ.